Anthony O'BOYLE, Libelant Appellant, v. Steam Tug SENATOR RICE, Her Engines, etc.; Cornell Steamboat Company, Claimant Appellee.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

No. 40.

Appeal from the District Court of the United States for the Eastern District of New York.

Horace L. Cheyney and Macklin, Brown & Van Wyck, all of New York City, for appellant.

Robert S. Erskine, Henry P. Elliott, and Kirlin, Woolsey, Campbell, Hickox & Keating, all of New York City, for appellee.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Decree (15 F.[2d] 882) affirmed, with costs.